## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE CONFEDERATED TRIBES    )
OF THE COLVILLE RESERVATION,    )
One Colville Street    )
Nespelem, WA 99155    )
    )
    **Plaintiff,**    )
    )
    **v.**    )    Civil Action No. 05-____(   )
    )
GALE A. NORTON    )
SECRETARY OF THE INTERIOR    )
U.S. Department of the Interior    )
1849 C Street N.W.    )
Washington, D.C. 20240    )
    )
JOHN W. SNOW    )
SECRETARY OF THE TREASURY    )
U.S. Department of the Treasury    )
1500 Pennsylvania Avenue, N.W.    )
Washington, D.C. 20220    )
    )
    **Defendants.**    )
_____)

### CERTIFICATE PURSUANT TO LCvR 7.1

I, the undersigned, counsel of record for Plaintiff Confederated Tribes of the Colville

Reservation, certify that to the best of my knowledge and belief, Plaintiff is not a for profit

corporation and does not have any outstanding securities in the hands of the public. These

representations are made in order that the judges of this Court may determine the need for

recusal.

Respectfully submitted,

_____

Allen V. Farber (D.C. Bar No. 912865)
Brian L. Gunn (D.C. Bar No. 465438)
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W., Suite 900, East Tower
Washington, DC  20005-3317
Telephone:  (202) 230-5000
Facsimile:  (202) 230-5372


Thomas W. Christie (*pro hac vice* pending)
Office of the Reservation Attorney
Confederated Tribes of the Colville
 Reservation
One Colville Street
Nespelem, WA 99155
Telephone: (509) 634-2381
Facsimile: (509) 634-2387

COUNSEL FOR PLAINTIFF

DC01/ 496399.2

2