IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br>One Colville Street<br>Nespelem, WA 99155<br><br>      Plaintiff,<br><br>v.<br><br>GALE A. NORTON<br>SECRETARY OF THE INTERIOR<br>U.S. Department of the Interior<br>1849 C Street N.W.<br>Washington, D.C. 20240<br><br>JOHN W. SNOW<br>SECRETARY OF THE TREASURY<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>      Defendants. | Civil Action No. 05-____( ) |

## MOTION FOR ADMISSION OF TOM W. CHRISTIE *PRO HAC VICE*

I, Allen V. Farber, a member in good standing of this Court, respectfully move, pursuant to LCvR 82.3(d), for the admission of Thomas W. Christie *pro hac vice* in the above matter for the purpose of allowing Mr. Christie to participate as co-counsel in the proceedings before this Court in this case. A Declaration of Thomas W. Christie is submitted herewith in support of this Motion.

**WHEREFORE**, movant respectfully requests that the Court grant its motion.

Respectfully submitted,

/s/ Allen V. Farber

Allen V. Farber (D.C. Bar No. 912865)
Brian L. Gunn (D.C. Bar No. 465438)
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W., Suite 900, East Tower
Washington, DC  20005-3317
Telephone:  (202) 230-5000
Facsimile:  (202) 230-5372

COUNSEL FOR PLAINTIFF

DC01/ 496394.2