IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES<br>OF THE COLVILLE RESERVATION<br>One Colville Street<br>Nespelem, WA 99155<br><br>      Plaintiff,<br><br>v.<br><br>GALE A. NORTON<br>SECRETARY OF THE INTERIOR<br>U.S. Department of the Interior<br>1849 C Street N.W.<br>Washington, D.C. 20240<br><br>JOHN W. SNOW<br>SECRETARY OF THE TREASURY<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220<br><br>      Defendants. | Civil Action No. 05-____( ) |

## DECLARATION OF THOMAS W. CHRISTIE IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION OF THOMAS W. CHRISTIE PRO HAC VICE

I, Thomas W. Christie, declare:

1. My full name is Thomas Walter Christie.

2. I am the Managing Attorney of the Office of the Reservation Attorney ("ORA") of the Confederated Tribes of the Colville Reservation ("Tribe"), the Plaintiff in this action. ORA serves as the Tribe's in-house counsel on all legal matters affecting the Tribe. In my capacity as Managing Attorney, I supervise all other attorneys employed by ORA.

3. I am duly admitted to practice before the following courts: (a) the Supreme Court

of Montana (admitted to practice in all courts in the state of Montana); (b) the U.S. District Court for the District of Montana; (c) the Supreme Court of New Mexico (admitted to practice in all courts in the state of New Mexico); (d) the U.S. District Court for the District of New Mexico; (e) the Supreme Court of the State of Washington (admitted to practice in all courts in the State of Washington); (f) the U.S. District Court for the Eastern District of Washington; (g) the United States Court of Federal Claims; (h) the United States Supreme Court; (i) the U.S. Court of Appeals for the Ninth Circuit; (j) the U.S. Court of Appeals for the Tenth Circuit; (k) the Courts of the Confederated Tribes of the Colville Reservation; (l) the Courts of the Navajo Nation; (m) the Courts of the Yakima Nation; (n) the Courts of the Hopi Tribe.

4. I am, and have been since first admitted, a member in good standing of all the courts referenced in the preceding paragraph and have not been suspended or disbarred by any court.

5. I have not been admitted pro hac vice in this Court within the last two years.

6. I do not engage in the practice of law from an office in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2005          _____
                                   Thomas W. Christie

C:\Documents and Settings\gunnb\Local Settings\Temporary Internet Files\OLK16\DC01-#496424-v1-Declaration_of_Tom_Christie_in_Supp__of_Pro_Hac_Vice1.DOC

2