IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE CONFEDERATED TRIBES )
OF THE COLVILLE RESERVATION, )
One Colville Street )
Nespelem, WA 99155 )
    )
    Plaintiff, )                           05 2471
    )
v. )                           Civil Action No. 05-____( )
    )
GALE A. NORTON )
SECRETARY OF THE INTERIOR )
U.S. Department of the Interior )
1849 C Street N.W. )
Washington, D.C. 20240 )
    )
JOHN W. SNOW )
SECRETARY OF THE TREASURY )
U.S. Department of the Treasury )
1500 Pennsylvania Avenue, N.W. )
Washington, D.C. 20220 )
    )
    Defendants. )
    )

**ORDER**

Upon consideration of Plaintiff's Motion for Admission of Thomas W. Christie *pro hac vice*, and after argument thereon, and notice having been given to Defendants Gale A. Norton and John W. Snow, it is, accordingly, by this Court on this 12th day of January, 2006,

**ORDERED** that Plaintiff's Motion for Admission of Thomas W. Christie *pro hac vice* be, and hereby is, granted.

_____
JUDGE

Dated: 1/12/06

Time: 5 PM

**Copies to:**

Allen V. Farber (D.C. Bar No. 912865)
Brian L. Gunn (D.C. Bar No. 465438)
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005-3317
Telephone: (202) 230-5000
Facsimile: (202) 230-5372

Thomas W. Christie
 Office of the Reservation Attorney
Confederated Tribes of the Colville
 Reservation
One Colville Street
Nespelem, WA 99155
Telephone: (509) 634-2381
Facsimile: (509) 634-2387

COUNSEL FOR PLAINTIFFS

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, NW
Washington, DC 20530

Alberto R. Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

COUNSEL FOR DEFENDANTS