IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF ) <br> THE COLVILLE RESERVATION, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> GALE NORTON, ) <br> Secretary of Interior, <u>et al.</u>, ) <br>  ) <br> Defendants. ) <br> _____) | Case No. 1:05cv02471-RCL |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Anthony P. Hoang, Martin J. LaLonde, and Jennifer L. Allaire as counsel of record for Defendants in this case.

Service of all papers on Mr. Hoang, Mr. LaLonde, and Ms. Allaire by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Additionally, all hand or overnight-mail deliveries to Mr. Hoang, Mr. LaLonde, and Ms. Allaire should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3150
Washington, D.C. 20004

Respectfully submitted this 6th day of March, 2006,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General

        /s/ *Anthony P. Hoang*
        ANTHONY P. HOANG, FL Bar #798193

        */s/ Martin J. LaLonde*
        MARTIN J. LALONDE, IL Bar #6218249

        */s/ Jennifer L. Allaire*
        JENNIFER L. ALLAIRE, NJ Bar #4419-2002
        United States Department of Justice
        Environment and Natural Resources Division
        P. O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0247
        Tel: (202) 305-0456
        Fax: (202) 353-2021

        Attorneys for Defendants

OF COUNSEL:

STEPHEN SIMPSON
KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on March 6, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid; telefax; and electronic mail, unless otherwise noted below, on the following counsel:

Allen V. Farber
Brian L. Gunn
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W.,
Suite 900, East Tower
Washington, D.C. 20005-3317
Fax: (202) 230-5372

Thomas W. Christie
Office of the Reservation Attorney
Confederated Tribes of the Colville Reservation
One Colville Street
Nespelem, WA 99155
Fax: (509) 634-2387

/s/ Anthony P. Hoang
ANTHONY P. HOANG