IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:05cv02471-RCL ) |
| GALE NORTON, Secretary of Interior, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for an enlargement of time, to and including April 17, 2006, within which to file their Answer or otherwise respond to the Complaint. By Defendants' calculation, the current filing deadline is March 6, 2006. This motion is Defendants' first such motion. The grounds for Defendants' motion are as follows:

1. Plaintiff filed this case on December 27, 2005. By Defendants' calculation, under Rules 4 and 12(3)(B) of the Federal Rules of Civil Procedure, Defendants have to answer or otherwise respond to the Complaint by March 6, 2006.

2. Defendants require the additional time because counsel for Defendants need adequate time to complete preparation of the papers, obtain the appropriate review of the papers at the Department of Justice, the Department of the Interior, and the Department of the Treasury. Undersigned counsel and co-counsel for Defendants have been and continue to be preoccupied with other unrelated litigation, not only in this Court but also in the United States Court of Federal Claims. Additionally, the attorney from the Solicitor's Office for the Department of the Interior who

is assigned as primary agency counsel in this case has been busy with unrelated litigation and on travel.

3.      Undersigned counsel for Defendants conferred with counsel for Plaintiff Brian Gunn about this motion on March 6, 2006. Mr. Gunn authorized counsel for Defendants to state that Plaintiff does not oppose this motion.

4.      On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case. On the other hand, the denial of this motion will adversely affect the ability of Defendants to prepare adequately the necessary papers for, and to obtain the appropriate review of those papers before, filing in this case.

WHEREFORE, Defendants respectfully requests that its unopposed motion for enlargement of time be granted.

Respectfully submitted this 6th day of March, 2006,

                    SUE ELLEN WOOLDRIDGE
                    Assistant Attorney General

                    /s/ *Anthony P. Hoang*
                    ANTHONY P. HOANG, FL Bar #798193
                    MARTIN J. LALONDE, IL Bar #6218249
                    JENNIFER L. ALLAIRE, NJ Bar #4419-2002
                    United States Department of Justice
                    Environment and Natural Resources Division
                    P. O. Box 663
                    Washington, D.C. 20044-0663
                    Tel: (202) 305-0241
                    Tel: (202) 305-0247
                    Tel: (202) 305-0456
                    Fax: (202) 353-2021

                    Attorneys for Defendants

OF COUNSEL:

STEPHEN SIMPSON
KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20240

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was served on March 6, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid; telefax; and electronic mail, unless otherwise noted below, on the following counsel:

Allen V. Farber
Brian L. Gunn
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W.,
Suite 900, East Tower
Washington, D.C.  20005-3317
Fax: (202) 230-5372

Thomas W. Christie
Office of the Reservation Attorney
Confederated Tribes of the Colville Reservation
One Colville Street
Nespelem, WA 99155
Fax: (509) 634-2387

>                                          */s/ Anthony P. Hoang*
>                                          ANTHONY P. HOANG