IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF ) <br> THE COLVILLE RESERVATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GALE NORTON, ) <br> Secretary of Interior, <u>et al</u>., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:05cv02471-RCL |

## **[PROPOSED] ORDER**

This matter is before the Court on Defendants' unopposed motion for enlargement of time within which to file an Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1. Defendants' unopposed motion for enlargement of time should be and hereby is GRANTED;

2. Defendants shall have to and including April 17, 2006, within which to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

Date: _____    _____
                                                                           Honorable Royce C. Lamberth
                                                                           UNITED STATES DISTRICT JUDGE

The following counsel should be notified of the entry of this Order:

Allen V. Farber
Brian L. Gunn
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W.,
Suite 900, East Tower
Washington, D.C.  20005-3317
Fax: (202) 230-5372

Thomas W. Christie
Office of the Reservation Attorney
Confederated Tribes of the Colville Reservation
One Colville Street
Nespelem, WA 99155
Fax: (509) 634-2387

Anthony P. Hoang
Martin J. LaLonde
Jennifer L. Allaire
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Fax: (202) 353-2021