IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:05cv02471-RCL |
| P. LYN SCARLETT,[1/] Acting Secretary of Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' SECOND UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ANSWER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully move this Court for a second enlargement of time, to and including April 24, 2006, within which to file their Answer in this case. The current filing deadline is April 17, 2006. This motion is Defendants' second such motion. The grounds for Defendants' motion are as follows:

1. Plaintiff filed this case on December 27, 2005. By Defendants' calculation, based on Rules 4(i) and 12(a)(3)(B) of the Federal Rules of Civil Procedure, the deadline for filing the Answer was March 6, 2006. Defendants obtained one enlargement of the filing deadline to April 17, 2006.

2. Defendants request the additional time so that counsel for Defendants can have an adequate opportunity to revise and finalize the Answer and allow for appropriate final review and comment by the Departments of the Interior and of the Treasury prior to filing. Undersigned counsel

---

[1/]     P. Lyn Scarlett is the Acting Secretary of the Interior. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, she is automatically substituted for the former Secretary of the Interior, Gale Norton.

for Defendants and counsel for Treasury have been preoccupied with other unrelated litigation in this Court and a two-week trial in the United States Court of Federal Claims. Additionally, one of Defendants' counsel was on travel until April 13, 2006.

3. Undersigned counsel for Defendants conferred by telephone messages with counsel for Plaintiff Brian Gunn about this motion on April 17, 2006. Mr. Gunn authorized counsel for Defendants to state that Plaintiff does not oppose this motion.

4. On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case. On the other hand, the denial of this motion will adversely affect the ability of Defendants to finalize the Answer and obtain the appropriate and adequate review of the document, before filing in this case.

WHEREFORE, Defendants respectfully requests that their second unopposed motion for enlargement of time be granted.

Respectfully submitted this 17th day of April, 2006,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

/s/ *Anthony P. Hoang*
ANTHONY P. HOANG, FL Bar #798193
MARTIN J. LALONDE, IL Bar #6218249
JENNIFER L. ALLAIRE, NJ Bar #4419-2002
United States Department of Justice
Environment and Natural Resources Division
P. O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Tel: (202) 305-0247
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

STEPHEN SIMPSON
KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20240

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was served on April 17, 2006, by Electronic Case Filing or by regular United States mail, first-class postage pre-paid, and by telefax or electronic mail, unless otherwise noted below, on the following counsel:

>Allen V. Farber
>Brian L. Gunn
>GARDNER, CARTON & DOUGLAS
>1301 K Street, N.W.,
>Suite 900, East Tower
>Washington, D.C. 20005-3317
>Fax: (202) 230-5372

>Thomas W. Christie
>Office of the Reservation Attorney
>Confederated Tribes of the Colville Reservation
>One Colville Street
>Nespelem, WA 99155
>Fax: (509) 634-2387

>*/s/ Anthony P. Hoang*
>ANTHONY P. HOANG