IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:05cv02471-RCL |
| P. LYN SCARLETT,[1/] Acting Secretary of Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] ORDER

This matter is before the Court on Defendants' second unopposed motion for enlargement of time within which to file an Answer in this case. Upon consideration of the unopposed motion and for good cause shown, it is hereby ordered that

1. Defendants' unopposed motion for enlargement of time should be and hereby is GRANTED;

2. Defendants shall have to and including April 24, 2006, within which to file its Answer in the case.

SO ORDERED.

Date: _____     _____
                                          Honorable Royce C. Lamberth
                                          UNITED STATES DISTRICT JUDGE

---

[1/]   P. Lyn Scarlett is the Acting Secretary of the Interior. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, she is automatically substituted for the former Secretary of the Interior, Gale Norton.

The following counsel should be notified of the entry of this Order:

Allen V. Farber
Brian L. Gunn
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W.,
Suite 900, East Tower
Washington, D.C. 20005-3317
Fax: (202) 230-5372

Thomas W. Christie
Office of the Reservation Attorney
Confederated Tribes of the Colville Reservation
One Colville Street
Nespelem, WA 99155
Fax: (509) 634-2387

Anthony P. Hoang
Martin J. LaLonde
Jennifer L. Allaire
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Fax: (202) 353-2021