UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>P. LYNN SCARLETT,  )<br>Acting Secretary of the Interior, et al.,  )<br><br>Defendants.  ) | Civil Action No. 05-2471 (RCL) |

### ORDER

Defendant P. Lynn Scarlett, has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 25, 2006.

1