IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES OF ) <br> THE COLVILLE RESERVATION, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> P. LYNN SCARLETT, ) <br> Acting Secretary of the Interior, <u>et al</u>., ) <br>  ) <br> Defendants. ) <br> _____) | No.: 1:05-cv-02471-RCL |

## **[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties will meet and confer pursuant to LCvR 16.3 on or before September 7, 2006, and

3. The parties will file a joint report pursuant to LCvR 16.3 on or before September 21, 2006.

SO ORDERED.

Date: _____     _____
                                                                    HON. ROYCE C. LAMBERTH
                                                                    United States District Judge

The following counsel should be notified of the entry of this Order:

Allen V. Farber
Brian L. Gunn
GARDNER, CARTON & DOUGLAS
1301 K Street, N.W.
Suite 900, East Tower
Washington, D.C. 20005-3317
Fax: 202-230-5372

Thomas W. Christie
Office of the Reservation Attorney
Confederated Tribes of Colville Reservation
One Colville Street
P.O. Box 150
Nespelem, WA 99155
Fax: 509-634-2387

Anthony P. Hoang
Martin J. LaLonde
E. Kenneth Stegeby
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Fax: (202) 353-2021