UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALE NORTON, )<br>Secretary of the Interior, et al., )<br>)<br>Defendants. )<br> ) | Civil Action No. 05-2471 (RCL) |

### ORDER

This matter is before the Court on the parties' joint motion [13] for enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. Upon consideration of the joint motion and for good cause shown, it is hereby

ORDERED that the parties' joint motion is GRANTED; It is further

ORDERED that the parties will meet and confer pursuant to LCvR 16.3 on or before September 7, 2006, and the parties will file a joint report pursuant to LCvR 16.3 on or before September 21, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 11, 2006.