IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES OF ) <br> THE COLVILLE RESERVATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE,[1] ) <br> Secretary of the Interior, <u>et al.</u>, ) <br> ) <br> Defendants. ) <br> _____) | No.: 1:05-cv-02471-RCL |

## NOTICE OF SUBSTITUTION OF COUNSEL

To the Clerk:

Please enter the appearance of E. Kenneth Stegeby and withdraw the appearance of Jennifer L. Allaire as counsel for Defendants in this case. Anthony P. Hoang and Martin J. LaLonde will continue to serve as counsel for Defendants.

Service of all papers on Mr. Stegeby by regular United States Mail should be addressed as follows:

    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663.

Service of papers by overnight mail or hand-delivery should be made to the following street address:

---

[1] Dirk Kempthorne is the new Secretary of the Interior. Therefore, pursuant to Fed. R. Civ. P. 25(d)(1), he is automatically substituted for former Secretary Gale A. Norton and previous Acting Secretary P. Lynn Scarlett.

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3205
Washington, D.C. 20004

Mr. Stegeby can be reached at (202) 616-4119 (telephone), (202) 353-2021 (fax), and kenneth.stegeby@usdoj.gov (electronic mail).

Respectfully submitted this 1st day of June, 2006,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General

    s/ *E. Kenneth Stegeby*
    E. KENNETH STEGEBY, DC Bar #474127
    ANTHONY P. HOANG, FL Bar #798193
    MARTIN J. LALONDE, IL Bar #6218249
    United States Department of Justice
    Environment and Natural Resources Division
    P. O. Box 663
    Washington, D.C. 20044-0663
    Tel: (202) 616-4119
    Tel: (202) 305-0241
    Tel: (202) 305-0247
    Fax: (202) 353-2021

    Attorneys for Defendants

OF COUNSEL:

STEPHEN SIMPSON
KENNETH DALTON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20240

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was served on June 1, 2006, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid; telefax; and electronic mail, unless otherwise noted below, on the following counsel:

>Allen V. Farber
>Brian L. Gunn
>GARDNER, CARTON & DOUGLAS
>1301 K Street, N.W.
>Suite 900, East Tower
>Washington, DC 20005-3317
>Fax: 202-230-5372
>
>Thomas W. Christie
>Office of the Reservation Attorney
>Confederated Tribes of Colville Reservation
>One Colville Street
>Nespelem, WA 99155
>Fax: 509-634-2387

*s/ E. Kenneth Stegeby*
E. KENNETH STEGEBY