UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,**  Plaintiff,  v.  **DIRK KEMPTHORNE,** **Secretary of the Interior,** *et al.***,**  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-2471 (RCL) |

## ORDER

This matter is before the Court on the parties' joint motion [16] for a 120-day enlargement of time for Defendants to comply with the requirements of Local Civil Rule (LCvR) 16.3. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that:

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties will meet and confer pursuant to LCvR 16.3 on or before January 5, 2007; and

3. The parties will file a joint report pursuant to LCvR 16.3 on or before January 19, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 19, 2006.

1