IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES OF ) <br> THE COLVILLE RESERVATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | No.: 1:05-cv-02471-JR |

## NOTICE OF CHANGE OF FIRM NAME OF COUNSEL

The Clerk of the Court and counsel will please note that, effective January 2, 2007, the firm name of counsel for the Confederated Tribes of the Colville Reservation has changed. Counsel's contact information effective as of that date is as follows:

> Allen V. Farber (Bar No. 912865)
> Brian L. Gunn (Bar No. 465438)
> Drinker Biddle & Reath LLP
> 1301 K Street, N.W.
> East Tower, Suite 900
> Washington, D.C. 20005-3317
> Telephone: (202) 230-5154
> Telefax: (202) 230-5354
> E-Mail: allen.farber@dbr.com

Effective as of January 2, 2007, counsel requests that the Clerk serve all notices, orders and other papers and that other counsel serve all pleadings and thereafter communicate with the Confederated Tribes of the Colville Reservation's counsel at the address and numbers indicated above.

Respectfully submitted,

*[signature]*

Allen V. Farber (Bar. No. 912865)
Brian L. Gunn (Bar No. 465438)
Drinker Biddle & Reath LLP
1301 K Street, N.W.
East Tower, Suite 900
Washington, D.C. 20005
Telephone: (202) 230-5154
Facsimile: (202) 230-5354

Counsel for the Confederated Tribes of
  the Colville Reservation

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2007, a true and correct copy of the foregoing Notice of Change of Firm Name of Counsel was served by Electronic Case Filing and by telefax and electronic mail, on the following counsel:

        Anthony P. Hoang
        Martin J. LaLonde
        E. Kenneth Stegeby
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Fax: (202) 353-2021

*/s/ Allen V. Farber*
Allen V. Farber