IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES OF ) <br> THE COLVILLE RESERVATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____) | No.: 1:05-cv-02471-JR |

**FOURTH JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH REQUIREMENTS OF LOCAL CIVIL RULE 16.3**

Plaintiff Confederated Tribes of the Colville Reservation and Defendants respectfully move the Court for a 120-day enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. This joint motion is the parties' fourth such motion. The parties state the following in support of their motion:

1. Plaintiff filed this case on December 27, 2005. Defendants timely filed the Answer on April 24, 2006.

2. The parties are embarking on settlement discussions in the case. Among other things, they have been and continue to be negotiating the terms and conditions of a joint stipulation and proposed order to protect the confidentiality of their settlement discussions. For those reasons, they request this enlargement of time within which to meet and confer and to file a joint report to the Court, as required by LCvR 16.3. Under the Court's current order, the parties are to meet and confer by May 7, 2007, and to file their LCvR 16.3 report by May 21, 2007.

3. The parties believe that their discussions may lead to a settlement of this case. Such a settlement would avoid an undue burden on and expense of time, resources, and effort by the Court

and the parties. The parties believe that a 120-day enlargement of time within which to comply with the LCvR 16.3 requirements will facilitate their discussions and the possibility of settlement.

WHEREFORE the parties respectfully request that the Court grant their joint motion and issue an Order as follows:

1. The parties will meet and confer pursuant to LCvR 16.3 on or before September 4, 2007;

2. The parties will file a joint report pursuant to LCvR 16.3 on or before September 18, 2007.

Respectfully submitted this 7th day of May, 2007,

|  |  |
|---|---|
| */s/ Brian L. Gunn* | MATTHEW J. MCKEOWN |
| *by /s/ Anthony P. Hoang, pursuant to* | Acting Assistant Attorney General |
| *written authorization on May 7, 2007* | */s/ Anthony P. Hoang* |
| ALLEN V. FARBER, DC Bar #912865 | ANTHONY P. HOANG, FL Bar #798193 |
| BRIAN L. GUNN, DC Bar #465438 | MARTIN J. LALONDE, IL Bar #6218249 |
| Drinker, Biddle & Reath, LLP | E. KENNETH STEGEBY, DC Bar #474127 |
| 1301 K Street, N.W. | United States Department of Justice |
| Suite 900, East Tower | Environment and Natural Resources Division |
| Washington, D.C. 20005-3317 | Natural Resources Division |
| Tel: (202) 230-5000 | P.O. Box 663 |
| Fax: (202) 230-5372 | Washington, D.C. 20044-0663 |
|  | Tel: (202) 305-0241 |
| THOMAS W. CHRISTIE *pro hac vice* | Tel: (202) 305-0247 |
| Office of the Reservation Attorney | Tel: (202) 616-4119 |
| Confederated Tribes of the Colville Reservation | Fax: (202) 353-2021 |
| One Colville Street |  |
| P.O. Box 150 | Attorneys for Defendants |
| Nespelem, WA 99155 |  |
| Tel; (509) 634-2381 | OF COUNSEL: |
| Fax: (509) 634-2387 |  |
| Attorneys for Plaintiff | KENNETH DALTON |
|  | Office of the Solicitor |
|  | United States Department of the Interior |
|  | Washington, D.C. 20240 |
|  | RACHEL M. HOWARD |

                Office of the Chief Counsel
                Financial Management Service
                United States Department of the Treasury
                Washington, D.C.  20227

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing FOURTH JOINT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH REQUIREMENTS OF LOCAL CIVIL RULE 16.3 and [PROPOSED] ORDER was served on May ____, 2007, by Electronic Case Filing or by regular United States mail, first-class postage pre-paid, and telefax or electronic mail, unless otherwise noted below, on the following counsel:

Allen V. Farber
Brian L. Gunn
DRINKER, BIDDLE & REATH, LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, D.C. 20005-3317
Fax: (202) 230-5372

Thomas W. Christie
Office of the Reservation Attorney
Confederated Tribes of Colville Reservation
One Colville Street
P.O. Box 150
Nespelem, WA 99155
Fax: (509) 634-2387

                              */s/ Anthony P. Hoang*
                              ANTHONY P. HOANG