IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,<br><br>     Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)   No.: 1:05-cv-02471-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' fourth joint motion for enlargement of time within which to comply with the requirements of Local Civil Rule (LCvR) 16.3. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion for enlargement of time should be and hereby is GRANTED;

2. The parties will meet and confer pursuant to LCvR 16.3 on or before September 4, 2007; and

3. The parties will file a joint report pursuant to LCvR 16.3 on or before September 18, 2007.

SO ORDERED.

Date: _____        _____
                                                                          HON. JAMES ROBERTSON
                                                                          United States District Judge