IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 1:05-cv-02471-JR |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF MARY ZUNI IN SUPPORT
## OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND STAY OF PROCEEDINGS

I, Mary Zuni, being duly sworn, declare:

1.     I am over twenty-one (21) years of age and understand the meaning and obligations of an oath.  I have personal knowledge of all matters set forth herein, and if called upon to testify, I could and would testify to the truthfulness and accuracy of those matters.

2.     I am the Executive Director of the Intertribal Monitoring Association on Indian Trust Funds ("ITMA"), a national non-profit tribal consortium the membership of which is comprised of 65 Indian tribes.  ITMA was founded in 1990 and is headquartered in Albuquerque, New Mexico.  ITMA is governed by a 13 member Board of Directors.

3.     The Plaintiff in this action, the Confederated Tribes of the Colville Reservation ("Colville Tribe"), is a member of ITMA and its Chairman, Michael Marchand, serves on ITMA's Board of Directors.

4.      ITMA's mission, among other things, includes monitoring the Department of the Interior's trust reform efforts and providing a forum for tribal consultation on trust related issues.

5.      On or about May 2003, the Department of the Interior approached ITMA to explore the possibility of entering into a cooperative undertaking that could assist in resolving tribal trust related claims.

6.      Following approximately 19 months of negotiations, in December 2004, ITMA and the Office of Historical Trust Account ("OHTA"), an office within the Department of the Interior, entered into a Cooperative Agreement to establish the Tribal Trust Fund Settlement Project ("TTFSP" or "Project"). A true and correct copy of the Cooperative Agreement, together with all addendums, is attached hereto as Exhibit 1.

7.      The Colville Tribe and six other federally recognized Indian tribes agreed to participate as the "pilot project" tribes for the TTFSP. The six other participating tribes include the Coeur d'Alene Tribe (Idaho), Sac and Fox Nation (Oklahoma), Fort Belknap Indian Community (Montana), Pueblo of Picuris (New Mexico), Confederated Tribes and Bands of the Yakama Indian Nation of the Yakama Reservation (Washington); and the Nez Perce Tribe (Idaho). These tribes were selected, in part, to ensure that the Project included a geographically diverse range of Indian tribes with varying land bases, natural resources, and trust accounts to better ensure that any methodology developed under the Project would be as inclusive and representative of Indian tribes nationwide as possible.

8.    Among other things, some of the main goals of the TTFSP is for ITMA, OHTA, and the seven tribes participating in the Project ("Project Tribes") to determine if methodologies can be developed to analyze the government's stewardship of Indian trust resources, including the proceeds associated with such Indian trust resources, in order to provide one or more of the Project Tribes with alternative dispute resolution approaches, methodologies, and/or procedures for accomplishing one or more of the following objectives: (a) developing historic or current agreed upon trust account balances; (b) satisfying some or all of the government's obligation to provide an accounting to tribal trust beneficiaries; and (c) resolving some or all claims regarding the government's stewardship of specific trust resources.  Other goals of and additional information about the Project are set forth in a May 7, 2007 briefing paper prepared by ITMA, a true and correct copy of which is attached hereto as Exhibit 2.

9.    The Cooperative Agreement encompasses two phases to the Project.  Phase I consists of developing a methodology for utilizing the information contained in the reports prepared by Arthur Anderson LLP for each respective Project Tribe.  Completion of Phase I requires the concurrence of ITMA, each Project Tribe, and OHTA.  In Phase II, the Phase I methodology will be made available for use by any interested Indian tribes (*i.e.*, Project Tribes or non-Project Tribes) on a completely voluntary basis.

10.    The scope of the TTFSP is limited to the period from 1972 to 1992, the years covered by the Arthur Anderson reports.  Assuming the TTFSP progresses to the satisfaction of the participants, ITMA believes that the methodology or other information developed during the

course of the Project could be adapted to cover other time periods or other types of trust-related claims.

11.    As a component of the TTFSP, ITMA contracted with various experts, including forensic accountants and other professionals with experience working with tribal trust records, to advise ITMA and the participating tribes in the development of the methodology. Although OHTA has provided the majority of the funding for the Project, ITMA selected these experts independently; ITMA was not required to obtain approval from OHTA before selecting any of these professionals.

12.    Phase I of the Project began with Defendants providing the Colville Tribe and the other participating tribes with their respective tribal trust Arthur Andersen reports and the supporting documents underlying the reports. Using these documents and other information shared by OHTA and the participating tribes, ITMA and OHTA have worked to develop the alternative dispute resolution approaches, methodologies, and/or procedures referred to in Paragraph 8. These efforts have included numerous meetings, multi-day work sessions, and other communications between ITMA, the participating tribes (including Plaintiff), and OHTA during the past 30 months, and they are continuing.

13.    Based on the present rate of progress, it is likely that the Project Tribes will have developed the methodology contemplated in Phase I of the Project, and referred to in Paragraph 9, by or before December 2007. Once such a methodology is developed it will then be submitted for approval by ITMA, each Project Tribes, and OHTA.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 2, 2007

Mary Zuni

DC01/ 529238.4
8/2/07 09:52 AM