IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES OF ) <br> THE COLVILLE RESERVATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | No.: 1:05-cv-02471-JR |

### **[PROPOSED] ORDER**

This matter is before the Court on the Plaintiff's Unopposed Motion to Extend Temporary Stay of Proceedings in this case. Upon consideration of the Motion and for good cause shown, it is hereby ordered that

1. The Plaintiff's Unopposed Motion to Extend Temporary Stay of Proceedings should be and hereby is GRANTED;

2. All proceedings in this case are hereby immediately stayed until (a) the completion of Phase I of the Tribal Trust Fund Settlement Project ("Project") currently underway between the Intertribal Monitoring Association on Indian Trust Funds, the seven participating Indian tribes, and the Office of Historical Trust Accounting, or (b) 180 days from the date of this Order, whichever is earlier;

3. Defendants shall be relieved of any obligation to file a motion to remand in this case until further Order of the Court;

4. The parties shall, within 30 days of expiration of the temporary stay, file a joint statement that details the status of the Project and explains, in light of the status of the Project,

how the parties suggest the instant litigation proceed;

     5.     The parties shall not be precluded from conducting informal discovery while this temporary stay is in effect.

     SO ORDERED.

Date: _____     _____
                                                                                          HON. JAMES ROBERTSON
                                                                                         United States District Judge

Copies to:

Allen V. Farber, Esq.
Brian Gunn, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, D.C. 20005

Anthony P. Hoang, Esq.
Martin J. Lalonde, Esq.
E. Kenneth Stegeby, Esq.
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Elisabeth Brandon, Esq.
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

Rachel M. Howard, Esq.
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227