IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COEUR D'ALENE TRIBE, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, *et al.*, )<br>)<br>    Defendants. )<br>_____) | Case No. 1:06cv02242-JR |

## **[PROPOSED] ORDER**

This matter is before the Court on the Plaintiff's Unopposed Motion for Enlargement of Time within Which to File Memorandum of Points and Authorities in Opposition to Defendants' Motion for a Remand and Stay of Litigation. Upon consideration of the Motion and for good cause shown, it is hereby ORDERED that

    1.    Plaintiff's Unopposed Motion should be and hereby is GRANTED;

    2.    Plaintiff shall have to and including September 20, 2007 to file its opposition papers to Defendants' Motion for a Remand and Stay of Litigation.

    SO ORDERED.


Date: _____    _____
                                                                             HON. JAMES ROBERTSON
                                                                             United States District Judge

Copies to:

Allen V. Farber, Esq.
Brian Gunn, Esq.
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, D.C. 20005

Anthony P. Hoang, Esq.
Martin J. Lalonde, Esq.
E. Kenneth Stegeby, Esq.
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663

Kenneth Dalton, Esq.
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

Rachel M. Howard, Esq.
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227