IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CONFEDERATED TRIBES OF ) <br> THE COLVILLE RESERVATION, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br>  ) <br> Defendants. ) <br> _____) | No.: 1:05-cv-02471-JR |

## NOTICE OF APPEARANCE

To the Clerk:

**PLEASE NOTE** that, pursuant to Local Civil Rule 83.6(a) of the Rules of the United States District Court for the District of Columbia, Jody H. Schwarz has entered an appearance as co-counsel for the Defendants in this matter. Electronic service by the Court is to be delivered to Jody.Schwarz@usdoj.gov, as previously registered in the Electronic Case Filing (ECF) system. Service of any papers and correspondence by U.S. Mail should be addressed as follows:

> Jody H. Schwarz
> Environment & Natural Resources Division
> Department of Justice
> P.O. Box 663
> Washington, DC  20044-0663

All hand deliveries and Express deliveries (Federal Express, etc.) should be a addressed to:

> Jody H. Schwarz
> Environment and Natural Resources Division
> Department of Justice
> 601 D Street, NW
> Room 3114

    Washington, DC 20004

Dated: July 15, 2008.

                                          Respectfully submitted,

                                          RONALD J. TENPASS
                                          Assistant Attorney General
                                          Environment & Natural Resources Division

                              By:  /s/ *Jody H. Schwarz*
                                          JODY H. SCHWARZ DC Bar # 493998
                                          Trial Attorney
                                          Natural Resources Section
                                          Environment & Natural Resources Division
                                          U.S. Department of Justice
                                          P.O. Box 663
                                          Washington, DC 20044-0663
                                          Telephone: (202) 305-0468
                                          Fax:      (202) 305-0506

                                          ANTHONY P. HOANG, FL Bar #798193
                                          E. KENNETH STEGEBY, DC Bar #474127
                                          Natural Resources Section
                                          United States Department of Justice
                                          Environment and Natural Resources Division
                                          P. O. Box 663
                                          Washington, DC 20044-0663
                                          Tel: (202) 305-0241
                                          Tel: (202) 616-4119
                                          Fax: (202) 353-2021

                                          Attorneys for Defendant

                                          OF COUNSEL:

                                          MICHAEL BIANCO
                                          Office of the Solicitor
                                          United States Department of the Interior
                                          Washington, DC 20240

                                          THOMAS KEARNS
                                          Office of Chief Counsel
                                          Financial Management Service

United States Department of the Treasury
Washington, DC 20227

**CERTIFICATE OF SERVICE**

I, Jody H. Schwarz, hereby certify that on this 15th day of July 2008, I caused a copy of the foregoing **Entry of Appearance** to be served upon the following attorneys of record for plaintiff by electronically filing said document with the Clerk of the District Court using its ECF system, which electronically notifies them of the service of said documents and provides them with true and correct copies thereof.

ALLEN V. FARBER
BRIAN L. GUNN
Drinker, Biddle & Reath, LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, D.C.  20005-3317

THOMAS W. CHRISTIE *pro hac vice*
Office of the Reservation Attorney
Confederated Tribes of the Colville Reservation
One Colville Street
P.O. Box 150
Nespelem, WA 99155

                    By    /s/ *Jody H. Schwarz*
                          Jody H. Schwarz